UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSNES BARTOLOTTA McGUIRE LLP,<br><br>                              Plaintiff,<br><br>v.<br><br>DWIGHT JORY; INTERNATIONAL RAILROAD INVESTMENT FUND, INC.; GOLD MOUNTAIN NORTH LLC; THIS LAND IS YOUR LAND, INC.,<br><br>                              Defendants. | Case No.:  21cv1100-LL-WVG<br><br>**ORDER GRANTING JOINT MOTION TO FILE VERIFIED FIRST AMENDED COMPLAINT**<br><br>**[ECF No. 12]** |

Currently before the Court is the parties' Joint Motion to file a verified First Amended Complaint. ECF No. 12. Plaintiff filed its initial Complaint on June 11, 2021. Defendants filed an answer on July 7, 2021. In support of the instant Motion, the parties state that "Plaintiff seeks to add an additional cause of action based on the same underlying facts of the Original Complaint." ECF No. 12 at 2. The parties further state "[t]here is good cause to grant Plaintiff leave to file the Amended Complaint, considering the liberal allowance of amended pleadings, and as Plaintiff has not amended previously, and so that the parties may clarify the scope of discovery and triable issues early in this litigation." *Id*.

Finally, the parties state that "Defendants will not be prejudiced by the filing of the Amended Complaint and will file a response within 30 days of the date of this order." *Id*.

In cases where Rule 15(a)(1) does not apply and leave is sought to amend a pleading, "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 12(a)(2). Here, the parties are timely and jointly requesting to allow Plaintiff to file a First Amended Complaint, Defendants state they will not suffer prejudice, and the request does not appear to interfere with other dates in the Scheduling Order. The Joint Motion is **GRANTED**. Plaintiff must file the First Amended Complaint as a separate document and entry on the docket on or before **February 2, 2022**. Defendants' response is due on or before **February 25, 2022**.

**IT IS SO ORDERED**.

Dated:  January 27, 2022

Honorable Linda Lopez
United States District Judge